BEFORE THE SECOND DIVISION, OCTOBER 26, 1965

**No. 69601.**—C. M. Import & Export Corp. *v.* United States, protests 64/18985, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiff was sustained.